James J. Stout, OSB #93473
E-Mail: jjstout1@aol.com
James J. Stout, PC
419 S. Oakdale Ave.
Medford, OR 97501
Phone: (541) 618-8888
Fax: (541) 618-9015
    Attorney for Plaintiff Schiffer

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| DWAINE R. SCHIFFER, <br><br>     Plaintiff, <br> vs. <br><br> Quality Loan Service Corp. of Washington, Bank of New York Mellon, Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-through Certificate Series (FHAMS 2005-AA 7) <br>     Defendants | Case No.: 12-CV-1257 <br><br> TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ENTER |

To: Quality Loan Service Corp. of Washington, defendant.

    Plaintiff's motion for a temporary restraining order and order to show cause why a preliminary injunction should not enter, came before the court ex parte on July 12, 2012. Based on the record, including the complaint and the documents, the court finds as follows:

    1. If the defendant is not immediately restrained from conducting the Trustee sale on July 16, 2012, plaintiffs will suffer irreparable injury, loss or damage in the form of loss of property through a defective foreclosure sale.

2. Plaintiffs counsel made a reasonable attempt to confer by e-mailing a copy of the complaint on July 12, 2011, to the registered agent for Quality and corporate counsel for Quality.

It is hereby ORDERED as follows:

1. Defendant, Quality Loan Service Corporation of Washington, its officers, agents, servants, employees, lawyers and all other persons in active concert or participation with any of them, who receive actual notice of this order, by personal service or otherwise, are restrained from conducting the Trustee sale on July 16, 2012, or thereafter, without a further order of this court, for the property known as 1870 Concord Way, Medford, Jackson County, OR 97504, the legal description of which is:

"Lot 5 (5) in Block Six (6) a Brookhurst Subdivision unit No. 5 to the city of Medford, Jackson County, Oregon, according to the official plat thereof, now of record".

2. The defendant shall appear before this Court on __July 27__, 2012 at __9:00__ AM/~~PM~~, in Courtroom __13 B__ at United States Federal Courthouse, 310 W. 6th St., Medford, Oregon, and show cause, if any, why the activity described above should not continue to be restrained during the pendency of this action.

3. The order contained in paragraph 1 shall expire at the date and time set forth in paragraph 2, unless extended by a further order of this court.

4. This order shall be effective only upon posting a bond, or cash to the court pursuant to FRCP 65 in the amount of $__500__.

Dated: ~~Thursday~~ Friday, July ~~12~~ 13, 2012

_____
United States District Court Judge